FILED

2010 APR -7 PM 3:00

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR0151 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGE O'MALLEY |
| v. | ) | JUDGE |
| | ) | |
| MICHAEL WAI JING KWONG, | ) | INDICTMENT |
| (aka WAI JING KWONG), | ) | Title 21, United States Code, |
| JAKOB R. KELLY, | ) | Sections 841(a)(1), 841(b)(1)(C), |
| JASON M. THOMPSON | ) | 841(b)(1)(D), and 846, and Title 18, |
| Defendants. | ) | United States Code, Section 2. |

The Grand Jury charges:

## INTRODUCTION

At all times material and relevant to this indictment and with respect to each Count contained herein:

1. From at least as early as 1995 to the present, defendant MICHAEL WAI JING KWONG (aka WAI JING KWONG) practiced dentistry. At all times material and relevant to this indictment, KWONG practiced dentistry in northeastern Ohio, mainly in the Akron and Cleveland areas. From approximately December 2006 through October 23, 2009, KWONG was employed as a dentist for American Dental Centers. While he worked for American Dental

-2-

Centers, KWONG also was employed as a dentist for AICO Dental from November 2007 to September 2008. From November 2009 to the present, KWONG was employed by Hudec Dental Associates as a dentist.

2. Defendant JAKOB R. KELLY worked as a dental assistant for KWONG at each of the locations described in paragraph one.

3. Defendant JASON M. THOMPSON was a friend and roommate of JAKOB R. KELLY.

## CONTROLLED SUBSTANCES ACT TERMINOLOGY

4. The Controlled Substances Act ("CSA") governed the manufacture, distribution, and dispensing of controlled substances in the United States. With limited exceptions, the CSA made it "unlawful for any person knowingly or intentionally" to "distribute or dispense . . . a controlled substance."

5. The term "controlled substance" meant a drug or other substance included in Schedules I, II, III, IV and V of the CSA.

6. The term "dispense" meant to deliver a controlled substance to an ultimate user or research subject by, or pursuant to the lawful order of, a practitioner; it included the prescribing and administering of a controlled substance.

7. The term "distribute" meant to deliver (other than by administering or dispensing) a controlled substance.

8. The term "practitioner" meant a physician, medical doctor, dentist, or other person licensed, registered, or otherwise permitted, by the United States or the jurisdiction in which he or she practiced, to distribute or dispense a controlled substance in the course of professional practice.

-3-

9. Defendant MICHAEL WAI JING KWONG (aka WAI JING KWONG) was a dentist licensed by the State of Ohio Dental Board and considered a "practitioner."

10. Individual practitioners who wanted to distribute or dispense controlled substances in the course of professional practice were required to register with the Attorney General before they were legally authorized to do so. Such individual practitioners were then assigned a registration number by the Drug Enforcement Administration ("DEA").

11. KWONG was registered with the Attorney General and DEA under a specific registration number.

12. Practitioners registered with the Attorney General were authorized under the CSA to write prescriptions for or to otherwise dispense Schedule II, III, IV, and V controlled substances, as long as they complied with the requirements of their registration. 21 U.S.C. §822(b).

13. For medical doctors and dentists, compliance with the terms of their registrations meant that they could issue only a prescription to a patient if the prescription was "issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his professional practice." 21 C.F.R. § 1306.04(a). A doctor or dentist violated the CSA and Code of Federal Regulations if he or she issued a prescription for a controlled substance outside the usual course of professional medical or dental practice and not for a legitimate medical or dental purpose. Such knowing and intentional violations subjected the doctor or dentist to criminal liability under Section 841(a) of Title 21, United States Code. 21 C.F.R. § 1306.04(a).

## CHARGED CONTROLLED SUBSTANCES

14. The CSA's "scheduling" of controlled substances was based on the potential for abuse, among other considerations. There are five schedules of controlled substances:

Schedules I, II, III, IV and V. Drugs that have a high potential for abuse and can lead to severe psychological or physical dependence are classified as Schedule II controlled substances. Drugs that have a potential for abuse and can lead to moderate or low physical dependence or high psychological dependence are classified as Schedule III controlled substances. 21 U.S.C. Section 812.

15. Pursuant to the CSA and its implementing regulations, oxycodone is classified as a Schedule II narcotic controlled substance based on its high potential for abuse and potential for severe psychological and physical dependence. Oxycodone was sold under a variety of brand names, including Oxycontin and Percocet, as well as generic forms. Oxycodone was one of the strongest prescription painkilling substances approved for use in the United States, and it was very addictive. When abused, oxycodone could be taken orally (in pill form), chewed, or crushed and snorted. Oxycodone caused euphoria and a high that persons with a dependency and no actual medical necessity would seek.

16. Percocet, also known as "Perc," was a namebrand Schedule II controlled substance in which oxycodone, with acetaminophen, were the active ingredients. When Percocet tablets were legally prescribed for a legitimate medical purpose, they were intended to be taken orally for the management of moderately severe to severe pain under the careful supervision of a treating physician. Because they contain oxycodone, Percocet tablets could be highly addictive, and the withdrawal symptoms of Percocet addiction can be severe.

17. Percocet tablets typically were sold "on the street" in Cleveland and elsewhere in Ohio for up to $1 per milligram ("mg") of oxycodone. Percocet was manufactured in strengths containing 5 mg, 7.5 mg, or 10 mg of oxycodone per Percocet tablet.

18. Pursuant to the CSA and its implementing regulations, hydrocodone was

Case: 1:10-cr-00151-KMO Doc #: 1 Filed: 04/07/10 5 of 13. PageID #: 5

-5-

classified as a Schedule III narcotic controlled substance based on its potential for abuse and physical and psychological dependence. Hydrocodone was sold generically or under a variety of brand names, including Vicodin, and it came in a variety of strengths. When hydrocodone was legally prescribed for a legitimate medical purpose, it was typically used to combat acute, moderate to severe pain under the careful supervision of a treating physician. Hydrocodone was a derivative of opium, which was also used to manufacture heroin. Hydrocodone successfully diminished pain, but it was addictive and the withdrawal symptoms of hydrocodone addiction could be severe. When abused, hydrocodone could be taken orally (in pill form), chewed, or crushed and snorted. Hydrocodone caused euphoria and a high that persons with a dependency and no actual medical necessity would seek.

## COUNT 1
(Conspiracy to Distribute Oxycodone and Hydrocodone - KWONG, KELLY, and THOMPSON)

19. From at least as early as June 2008, and continuing to the present, in the Northern District of Ohio, Eastern Division, the defendants, MICHAEL WAI JING KWONG (aka WAI JING KWONG), JAKOB R. KELLY, and JASON M. THOMPSON, unlawfully, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to dispense and distribute, and cause to be dispensed and distributed mixtures and substances containing a detectable amount of oxycodone (primarily Percocet or a generic form thereof) and hydrocodone (primarily Vicodin or a generic form thereof) to various individuals, for a total of approximately 6,000 tablets of oxycodone and 2,500 tablets of hydrocodone, outside the usual course of professional medical practice and not for a legitimate medical purpose, in violation of Title 21, Sections 841(a)(1) and (b)(1)(C) [oxycodone, Schedule II] and Sections 841(a)(1) and (b)(1)(D) [hydrocodone, Schedule III], United States Code and Title 21, C.F.R., Section 1306.04.

-6-

## Object of the Conspiracy

20. The object of the conspiracy was to make money by distributing oxycodone, a Schedule II narcotic controlled substance, and hydrocodone, a Schedule III narcotic controlled substance.

## Manner and Means

21. In order to obtain the object of the conspiracy, defendants employed the following manner and means:

(a) It was a part of the conspiracy that defendant KWONG would use his United States Drug Enforcement Administration (DEA) registration to prescribe quantities of oxycodone and hydrocodone to "patients" outside the usual course of professional dental practice and not for a legitimate dental purpose, sometimes without the "patient's" knowledge that a prescription had been written in his/her name.

(b) It was a further part of the conspiracy that defendant KWONG would use his United States Drug Enforcement Administration (DEA) registration to prescribe quantities of oxycodone and hydrocodone to "patients" he never saw in names that were made up by defendants KWONG, KELLY and THOMPSON.

(c) It was a further part of the conspiracy that defendant KELLY, at the direction of defendant KWONG, would dispense and distribute prescriptions for oxycodone and hydrocodone, in exchange for cash, to persons who made pre-arranged visits to KWONG's office after regular business hours.

(d) It was a further part of the conspiracy that defendants KELLY and THOMPSON purchased prescriptions for oxycodone and hydrocodone from defendant KWONG for the purposes of reselling the prescriptions and to fill the prescriptions and resell those

-7-

narcotic controlled substances.

### Overt Acts

22. In furtherance of the conspiracy and to effect the object thereof, the following overt acts, among others, were committed in the Northern District of Ohio, Eastern Division:

(a) On or about the dates listed in Counts 2 through 43 below, in the Northern District of Ohio, Eastern Division, defendant KWONG did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the persons in the quantities set forth in Counts 2-43 below.

(b) On or about the dates listed in Counts 44 through 92 below, in the Northern District of Ohio, Eastern Division, defendants KWONG and THOMPSON did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the persons in the quantities set forth in Counts 44-92 below.

(c) On or about the dates listed in Counts 93 through 105 below, in the Northern District of Ohio, Eastern Division, defendants KWONG and KELLY did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the persons in the quantities set forth in Counts 93-105 below.

(d) On or about the dates listed in Counts 106 through 131 below, in the

-8-

Northern District of Ohio, Eastern Division, defendant KWONG did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of hydrocodone (Vicodin or a generic form thereof), a Schedule III controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the persons in the quantities set forth in Counts 106-131 below.

All in violation of Title 21, United States Code, Section 846.

## COUNTS 2-43
(Distribution of Oxycodone - KWONG)

The Grand Jury further charges:

23. The Grand Jury realleges, as if fully set forth herein, all of the allegations of Paragraphs 1-17.

24. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, defendant KWONG did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the following persons and in the following quantities:

| Count | Written | Fill Date | Patient | Substance | Strength mg/mg | Qty |
|---|---|---|---|---|---|---|
| 2 | 11/18/2008 | 11/18/2008 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 3 | 03/31/2009 | 03/31/2009 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 4 | 03/16/2009 | 03/16/2009 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 5 | 12/04/2008 | 12/05/2008 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 6 | 11/21/2008 | 11/22/2008 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 7 | 11/06/2008 | 11/07/2008 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 8 | 10/28/2008 | 10/29/2008 | S.B. | Oxycodone | Percocet 10/325 | 30 |
| 9 | 08/05/2009 | 08/05/2009 | M.C. | Oxycodone | Percocet 10/325 | 30 |
| 10 | 05/13/2009 | 05/13/2009 | M.C. | Oxycodone | Percocet 10/650 | 30 |
| 11 | 04/29/2009 | 04/29/2009 | M.C. | Oxycodone | Percocet 10/650 | 30 |
| 12 | 08/09/2008 | 08/10/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |

| 13 | 08/06/2008 | 08/06/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |
| 14 | 07/22/2008 | 07/22/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |
| 15 | 07/21/2008 | 07/21/2008 | J.D. | Oxycodone | Percocet 5/325 | 30 |
| 16 | 07/17/2008 | 07/17/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |
| 17 | 07/14/2008 | 07/14/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |
| 18 | 06/30/2008 | 07/05/2008 | J.D. | Oxycodone | Percocet 10/325 | 30 |
| 19 | 09/03/2009 | 09/03/2009 | S.G. | Oxycodone | Percocet 10/325 | 30 |
| 20 | 07/08/2009 | 07/08/2009 | K.G. | Oxycodone | Percocet 10/325 | 30 |
| 21 | 06/22/2009 | 06/22/2009 | K.G. | Oxycodone | Percocet 10/325 | 30 |
| 22 | 08/07/2009 | 08/07/2009 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 23 | 07/22/2009 | 07/22/2009 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 24 | 02/27/2009 | 02/28/2009 | G.K. | Oxycodone | Percocet 10/325 | 30 |
| 25 | 10/23/2008 | 10/24/2008 | N.K. | Oxycodone | Percocet 10/325 | 30 |
| 26 | 01/07/2009 | 01/07/2009 | N.K. | Oxycodone | Percocet 10/325 | 30 |
| 27 | 06/24/2009 | 06/24/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 28 | 06/10/2009 | 06/10/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 29 | 03/27/2009 | 03/27/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 30 | 03/13/2009 | 03/13/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 31 | 02/26/2009 | 02/26/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 32 | 02/12/2009 | 02/14/2009 | B.N. | Oxycodone | Percocet 10/325 | 30 |
| 33 | 08/21/2009 | 08/21/2009 | N.O. | Oxycodone | Percocet 10/325 | 30 |
| 34 | 08/17/2009 | 08/17/2009 | N.O. | Oxycodone | Percocet 10/325 | 30 |
| 35 | 07/14/2009 | 07/14/2009 | N.O. | Oxycodone | Percocet 10/325 | 30 |
| 36 | 09/28/2008 | 09/29/2008 | N.O. | Oxycodone | Percocet 10/325 | 20 |
| 37 | 08/22/2008 | 08/22/2008 | N.O. | Oxycodone | Percocet 10/325 | 30 |
| 38 | 07/21/2008 | 07/21/2008 | N.O. | Oxycodone | Percocet 10/325 | 30 |
| 39 | 06/12/2009 | 06/12/2009 | C.O. | Oxycodone | Percocet 10/325 | 30 |
| 40 | 07/01/2009 | 07/01/2009 | J.P. | Oxycodone | Percocet 10/325 | 30 |
| 41 | 07/20/2009 | 07/20/2009 | J.P. | Oxycodone | Percocet 10/325 | 30 |
| 42 | 11/24/2009 | 11/24/2009 | J.R. | Oxycodone | Percocet 10/325 | 20 |
| 43 | 07/16/2008 | 07/16/2008 | E.S. | Oxycodone | Percocet 10/325 | 30 |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNTS 44-92
(Distribution of Oxycodone - KWONG and THOMPSON)

The Grand Jury further charges:

25. The Grand Jury realleges, as if fully set forth herein, all of the allegations of Paragraphs 1-17.

-10-

26. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, defendants KWONG and THOMPSON did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the following persons and in the following quantities:

| Count | Written | Fill Date | Patient | Substance | Strength mg/mg | Qty |
|---|---|---|---|---|---|---|
| 44 | 04/01/2009 | 04/01/2009 | M.B. | Oxycodone | Percocet 10/650 | 30 |
| 45 | 03/10/2009 | 03/10/2009 | M.B. | Oxycodone | Percocet 10/325 | 30 |
| 46 | 02/18/2009 | 02/18/2009 | M.B. | Oxycodone | Percocet 10/325 | 30 |
| 47 | 07/21/2009 | 07/21/2009 | S.E. | Oxycodone | Percocet 10/325 | 30 |
| 48 | 07/01/2009 | 07/01/2009 | S.E. | Oxycodone | Percocet 10/325 | 30 |
| 49 | 06/17/2009 | 06/17/2009 | S.E. | Oxycodone | Percocet 10/325 | 30 |
| 50 | 04/30/2009 | 04/30/2009 | J.K. | Oxycodone | Percocet 10/650 | 30 |
| 51 | 04/21/2009 | 04/21/2009 | J.K. | Oxycodone | Percocet 10/650 | 30 |
| 52 | 03/16/2009 | 03/16/2009 | J.K. | Oxycodone | Percocet 10/650 | 30 |
| 53 | 01/20/2009 | 01/21/2009 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 54 | 01/07/2009 | 01/08/2009 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 55 | 12/29/2008 | 12/29/2008 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 56 | 11/21/2008 | 11/21/2008 | J.K. | Oxycodone | Percocet 10/325 | 30 |
| 57 | 03/30/2009 | 03/31/2009 | C.K. | Oxycodone | Percocet 10/325 | 30 |
| 58 | 03/30/2009 | 03/31/2009 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 59 | 03/13/2009 | 03/14/2009 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 60 | 11/03/2008 | 11/03/2008 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 61 | 10/01/2008 | 10/02/2008 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 62 | 09/03/2008 | 09/04/2008 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 63 | 08/25/2008 | 08/26/2008 | A.P. | Oxycodone | Percocet 10/325 | 30 |
| 64 | 07/10/2009 | 07/10/2009 | C.P. | Oxycodone | Percocet 10/325 | 30 |
| 65 | 06/25/2009 | 06/25/2009 | C.P. | Oxycodone | Percocet 10/325 | 30 |
| 66 | 06/15/2009 | 06/15/2009 | C.P. | Oxycodone | Percocet 10/325 | 30 |
| 67 | 07/15/2009 | 07/15/2009 | M.S. | Oxycodone | Percocet 10/325 | 30 |
| 68 | 06/25/2009 | 06/25/2009 | M.S. | Oxycodone | Percocet 10/325 | 30 |
| 69 | 06/01/2009 | 06/01/2009 | D.T. | Oxycodone | Percocet 10/325 | 30 |
| 70 | 04/29/2009 | 04/29/2009 | D.T. | Oxycodone | Percocet 10/650 | 30 |
| 71 | 04/20/2009 | 04/20/2009 | D.T. | Oxycodone | Percocet 10/650 | 30 |
| 72 | 06/03/2009 | 06/03/2009 | J.T. | Oxycodone | Percocet 10/325 | 20 |
| 73 | 02/27/2009 | 02/27/2009 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 74 | 02/15/2009 | 02/15/2009 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 75 | 01/28/2009 | 01/28/2009 | J.T. | Oxycodone | Percocet 10/325 | 30 |

-11-

| 76 | 01/22/2009 | 01/22/2009 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 77 | 12/31/2008 | 01/01/2009 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 78 | 10/09/2008 | 10/09/2008 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 79 | 08/16/2008 | 08/16/2008 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 80 | 08/04/2008 | 08/05/2008 | J.T. | Oxycodone | Percocet 10/325 | 30 |
| 81 | 05/22/2009 | 05/22/2009 | S.T. | Oxycodone | Percocet 10/325 | 30 |
| 82 | 05/04/2009 | 05/04/2009 | S.T. | Oxycodone | Percocet 10/650 | 30 |
| 83 | 05/04/2009 | 05/04/2009 | S.T. | Oxycodone | Percocet 10/650 | 30 |
| 84 | 04/24/2009 | 04/24/2009 | S.T. | Oxycodone | Percocet 10/650 | 30 |
| 85 | 04/15/2009 | 04/15/2009 | S.T. | Oxycodone | Percocet 10/650 | 30 |
| 86 | 01/20/2009 | 01/20/2009 | S.T. | Oxycodone | Percocet 10/325 | 30 |
| 87 | 01/09/2009 | 01/09/2009 | S.T. | Oxycodone | Percocet 10/325 | 30 |
| 88 | 04/17/2009 | 04/17/2009 | N.W. | Oxycodone | Percocet 10/650 | 30 |
| 89 | 05/08/2009 | 05/09/2009 | N.W. | Oxycodone | Percocet 10/650 | 30 |
| 90 | 06/23/2009 | 06/23/2009 | N.W. | Oxycodone | Percocet 10/325 | 30 |
| 91 | 06/22/2009 | 06/22/2009 | L.W. | Oxycodone | Percocet 10/325 | 30 |
| 92 | 07/10/2009 | 07/10/2009 | L.W. | Oxycodone | Percocet 10/325 | 30 |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

### COUNTS 93-105
(Distribution of Oxycodone - KWONG and KELLY)

The Grand Jury further charges:

27. The Grand Jury realleges, as if fully set forth herein, all of the allegations of Paragraphs 1-17.

28. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, defendants KWONG and KELLY did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of oxycodone (Percocet or a generic form thereof), a Schedule II controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the following persons and in the following quantities:

-12-

| Count | Written | Fill Date | Patient | Substance | Strength mg/mg | Qty |
|---|---|---|---|---|---|---|
| 93 | 06/26/2009 | 06/26/2009 | B.K. | Oxycodone | Percocet 10/325 | 30 |
| 94 | 06/05/2009 | 06/05/2009 | B.K. | Oxycodone | Percocet 10/325 | 30 |
| 95 | 05/20/2009 | 05/20/2009 | B.K. | Oxycodone | Percocet 10/325 | 30 |
| 96 | 03/16/2009 | 03/16/2009 | C.K. | Oxycodone | Percocet 10/325 | 30 |
| 97 | 12/04/2008 | 12/05/2008 | M.K. | Oxycodone | Percocet 10/325 | 30 |
| 98 | 10/08/2008 | 10/09/2008 | M.K. | Oxycodone | Percocet 10/325 | 30 |
| 99 | 05/27/2009 | 05/27/2009 | P.K. | Oxycodone | Percocet 10/325 | 30 |
| 100 | 05/18/2009 | 05/18/2009 | P.K. | Oxycodone | Percocet 10/325 | 30 |
| 101 | 04/29/2009 | 04/30/2009 | P.K. | Oxycodone | Percocet 10/650 | 30 |
| 102 | 04/20/2009 | 04/21/2009 | P.K. | Oxycodone | Percocet 10/650 | 30 |
| 103 | 04/29/2009 | 04/30/2009 | R.K. | Oxycodone | Percocet 10/325 | 30 |
| 104 | 01/23/2010 | N/A | S.R. | Oxycodone | Percocet 10/325 | 30 |
| 105 | 01/05/2010 | N/A | W.N. | Oxycodone | Percocet 10/325 | 30 |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

### COUNTS 106-131
(Distribution of Hydrocodone - KWONG)

The Grand Jury further charges:

29. The Grand Jury realleges, as if fully set forth herein, all of the allegations of Paragraphs 1-15, and 18.

30. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, defendant KWONG did knowingly and intentionally distribute and dispense, and cause to be distributed and dispensed, a mixture or substance containing a detectable amount of hydrocodone (Vicodin or a generic form thereof), a Schedule III controlled substance, outside the usual course of professional dental practice and not for a legitimate dental purpose, to the following persons and in the following quantities:

| Count | Written | Fill Date | Patient | Substance | Strength mg/mg | Qty |
|---|---|---|---|---|---|---|
| 106 | 09/01/2009 | 09/01/2009 | E.D. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 107 | 10/01/2009 | 10/01/2009 | E.D. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 108 | 09/01/2009 | 09/01/2009 | S.J. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 109 | 09/01/2009 | 09/01/2009 | G.S. | Hydrocodone | Vicodin 7.5/750 | 30 |

-13-

| 110 | 07/03/2009 | 07/03/2009 | D.T. | Hydrocodone | Vicodin 7.5/750 | 30 |
|---|---|---|---|---|---|---|
| 111 | 06/29/2009 | 06/29/2009 | P.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 112 | 05/09/2009 | 05/09/2009 | R.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 113 | 08/04/2008 | 08/04/2008 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 114 | 09/18/2008 | 09/18/2008 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 115 | 10/08/2008 | 10/08/2008 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 116 | 10/22/2008 | 10/22/2008 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 117 | 11/21/2008 | 11/21/2008 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 118 | 04/06/2009 | 04/06/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 119 | 08/19/2009 | 08/19/2009 | J.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 120 | 04/02/2009 | 04/02/2009 | S.T. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 121 | 06/24/2009 | 06/24/2009 | S.T. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 122 | 05/05/2009 | 05/05/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 123 | 05/28/2009 | 05/28/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 124 | 07/28/2009 | 07/28/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 125 | 08/10/2009 | 08/10/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 126 | 08/23/2009 | 08/23/2009 | C.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 127 | 10/28/2008 | 10/28/2008 | M.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 128 | 02/17/2009 | 02/17/2009 | M.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 129 | 05/19/2009 | 05/19/2009 | M.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 130 | 11/20/2008 | 11/20/2008 | M.K. | Hydrocodone | Vicodin 7.5/750 | 30 |
| 131 | 10/14/2008 | 10/14/2008 | M.K. | Hydrocodone | Vicodin 7.5/750 | 30 |

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.